18584.   METROPOLITAN LIFE INSURANCE CO. *v.* FREEMAN.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of the grounds of the motion for a new trial show cause for a reversal.
*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

*Maddox, Maddox & Mitchell,* for plaintiff in error.
*Willingham, Wright & Covington, Graham Wright,* contra.